[No. 21829-1-II.   Division Two.   April 3, 1998.]

*In the Matter of the Marriage of* DORIS VANDEWYNKLE, *Respondent*, and RICHARD LYNN VANDEWYNKLE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-3-00044-8, Don L. McCulloch, J., entered March 13, 1997. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.

[Nos. 38143-1-I; 37967-4-I;   Division One.   April 6, 1998.]
37985-2-I; 38147-4-I; 38256-0-I.

THE STATE OF WASHINGTON, *Respondent*, v. CORNELL AUGUSTA BENSON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. EARL McCRARY, *Appellant.*

THE STATE OF WASHINGTON, *Appellant*, v. ABAJAR JOSEPH ANTIOQUIA, *Respondent.*

THE STATE OF WASHINGTON, *Respondent*, v. TREY KENDALL, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. JASON SMITH, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 95-8-03362-0, 95-8-05943-2, 95-8-06480-1, 95-8-05942-4, 95-8-06219-1, Michael Spearman, J., entered December 18, 1995 and January 17, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Cox, J.

[No. 38216-1-I.   Division One.   April 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HAI PHOUC MAI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-1-06231-4, William L. Downing, J., entered January 29, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, C.J., and Becker, J.